IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TUITIONFUND, LLC | § | |
|     *Plaintiff* | § | |
| | § | |
| v. | § | CASE NO.: 3: 11-CV-00852 |
| | § | JURY DEMAND |
| FIRST HORIZON NATIONAL CORPORATION; FIRST TENNESSEE BANK NATIONAL ASSOCIATION; BB&T CORPORATION; BRANCH BANKING AND TRUST COMPANY; COMERICA INCORPORATED; COMERICA BANK; FISERV, INC.; ALLY FINANCIAL, INC.; ALLY BANK; FIFTH THIRD BANCORP; FIFTH THIRD BANK; EDO INTERACTIVE, INC.; AFFINITY SOLUTIONS, INC. | § | |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF TUITION FUND, L.L.C.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Tuition Fund, L.L.C. hereby states as follows: Tuition Fund L.L.C. hereby advises the Court that it is a privately held company and has no parent corporations. Tuition Fund, L.L.C. further advises the Court that no publicly held entity holds 10% or more of its stock.

Dated: September 14, 2011       Respectfully submitted,

    _s/George E. Barrett_
**GEORGE EDWARD BARRETT,** BPR#2672
**DAVID W. GARRISON,** BPR#24968
**SCOTT P. TIFT,** BPR#27592
BARRETT JOHNSTON, LLC
217 Second Avenue, N
Nashville, TN 37201
615.244.2202 (telephone)
615.252.3798 (facsimile)
dgarrison@barrettjohnston.com
gbarrett@barrettjohnston.com
stift@barrettjohnston.com

*Attorneys For Plaintiff TuitionFund*