IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TUITIONFUND, LLC ) | |
| ) | |
| v. ) | No. 3-11-0852 |
| ) | |
| FIRST HORIZON NATIONAL ) | |
| CORPORATION; FIRST TENNESSEE ) | |
| BANK NATIONAL ASSOCIATION; ) | |
| BB&T CORPORATION; BRANCH ) | |
| BANKING AND TRUST COMPANY; ) | |
| COMERICA INCORPORATED; ) | |
| COMERICA BANK; FISERV, INC.; ) | |
| ALLY FINANCIAL, INC.; ALLY ) | |
| BANK; FIFTH THIRD BANCORP; ) | |
| FIFTH THIRD BANK; EDO ) | |
| INTERACTIVE, INC; and AFFINITY ) | |
| SOLUTIONS, INC. ) | |

O R D E R

The parties' joint motion to extend deadlines (Docket Entry No. 141) is GRANTED.

The June 22, 2012, deadline for the plaintiff to serve their preliminary validity chart, as provided in the orders entered February 2, 2012 (Docket Entry Nos. 105-106), is extended to July 6, 2012.

Except as modified herein and in the orders entered May 21, 2012 (Docket Entry No. 130), May 23, 2012 (Docket Entry No. 132), April 5, 2012 (Docket Entry No. 121), and May 18, 2012 (Docket Entry No. 129), the deadlines provided in the February 2, 2012, orders remain in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge