IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TUITIONFUND, LLC ) <br> ) <br> v. ) <br> ) No. 3-11-0852 <br> FIRST HORIZON NATIONAL ) <br> CORPORATION; FIRST TENNESSEE ) <br> BANK NATIONAL ASSOCIATION; ) <br> BB&T CORPORATION; BRANCH ) <br> BANKING AND TRUST COMPANY; ) <br> COMERICA INCORPORATED; ) <br> COMERICA BANK; FISERV, INC.; ) <br> ALLY FINANCIAL, INC.; ALLY ) <br> BANK; FIFTH THIRD BANCORP; ) <br> FIFTH THIRD BANK; EDO ) <br> INTERACTIVE, INC; and AFFINITY ) <br> SOLUTIONS, INC. ) | |

O R D E R

The parties' joint motion to reschedule case management conference (Docket Entry No. 188) is GRANTED. The case management conference, scheduled by order entered November 30, 2012 (Docket Entry No. 173), on February 12, 2013, is CANCELLED, and will be rescheduled after entry of a claim construction order.[1]

Counsel shall immediately notify the office of the Magistrate Judge once the claim construction order has entered so that the case management conference can be rescheduled.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] A <u>Markman</u> hearing was held on February 1, 2013.